Shawanna L. Johnson, Esq. (NSB #12791)
Law Offices of Shawanna L. Johnson, Esq.
3311 S. Rainbow Blvd., Suite 144
Las Vegas, NV 89146
Tel: 702-755-6949
Fax: 702-294-2229
sjohnson@sljlaw702.com

*Attorney for Plaintiff Fonzie Lee Johnson*

Paul R. Hejmanowski, Esq. (NSB #94)
Charles H. McCrea, Esq. (NSB #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
T: (702) 834-6166
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for Defendant Security Life of Denver Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FONZIE LEE JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY LIFE OF DENVER INSURANCE COMPANY; RESOLUTION LIFE GROUP HOLDINGS LTD; VOYA FINANCIAL, INC.; DOE INDIVIDUALS I THROUGH X; ROE ENTITIES I THROUGH X, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:24-cv-01781<br><br>**STIPULATION AND ORDER TO EXTEND SECURITY LIFE OF DENVER INSURANCE COMPANY'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT [FIRST REQUEST]** |

Pursuant to Local Rule IA 6-1(a), Plaintiff FONZIE LEE JOHNSON and Defendant SECURITY LIFE OF DENVER INSURANCE COMPANY (together, the "Parties"), by and through their respective counsel, hereby stipulate and respectfully request that the Court enter an order extending the time for Security Life to respond to Plaintiff's Complaint as follows:

    1.    Plaintiff filed a Verified Complaint and Demand for Jury Trial on July 23, 2024.

    2.    Security Life was served on August 26, 2024.

    3.    To facilitate ongoing settlement discussions, Plaintiff and Security Life agreed to

extend Security Life's deadline to respond to Plaintiff's Complaint in state court to September 23, 2024.

4. Security Life removed this action to this Court on September 23, 2024, making September 30, 2024 Security Life's deadline to respond to Plaintiff's Complaint. Fed. R. Civ. P. 81(c)(2)(C).

5. The Parties are currently engaged in settlement discussions and believe that the requested extension would enable them to further pursue early resolution efforts and avoid the expenditure of unnecessary legal costs and judicial resources.

6. The Parties enter into this Stipulation in good faith, and not for the purposes of delay. No prior extensions of time have been requested from this Court or granted by this Court. The requested extension will not alter the date of any other event or deadline already fixed by Court order, and there is no trial date.

7. For the foregoing reasons, the Parties hereby stipulate and agree that the date by which Security Life must respond to Plaintiff's Complaint shall be extended from September 30, 2024 to **October 30, 2024**.

Dated: September 27, 2024                                Respectfully submitted,

By: /s/ Shawanna L. Johnson                              By: /s/ Charles H. McCrea
Shawanna L. Johnson, Esq. (NSB #12791)                   Paul R. Hejmanowski, Esq. (NSB #94)
Law Offices of Shawanna L. Johnson, Esq.                 Charles H. McCrea, Esq. (NSB #104)
3311 S. Rainbow Blvd., Suite 144                         PRHLAW$_{LLC}$
Las Vegas, NV 89146                                      520 South Fourth Street, Suite 360
Tel: 702-755-6949                                        Las Vegas, Nevada 89101
Fax: 702-294-2229                                        T: (702) 834-6166
sjohnson@sljlaw702.com                                   paul@prhlawllc.com
                                                         charles@prhlawllc.com
*Attorney for Plaintiff Fonzie Lee Johnson*
                                                         *Attorneys for Defendant Security Life of Denver Insurance Company*

**IT IS SO ORDERED.**

DATED this  1  Day of  October , 2024.

_____
UNITED STATES MAGISTRATE JUDGE