Shawanna L. Johnson, Esq. (NSB #12791)
Law Offices of Shawanna L. Johnson, Esq.
3311 S. Rainbow Blvd., Suite 144
Las Vegas, NV 89146
Tel: 702-755-6949
Fax: 702-294-2229
sjohnson@sljlaw702.com

*Attorney for Plaintiff Fonzie Lee Johnson*

Paul R. Hejmanowski, Esq. (NSB #94)
Charles H. McCrea, Esq. (NSB #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
T: (702) 834-6166
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for Defendant Security Life of Denver Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FONZIE LEE JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY LIFE OF DENVER INSURANCE COMPANY; RESOLUTION LIFE GROUP HOLDINGS LTD; VOYA FINANCIAL, INC.; DOE INDIVIDUALS I THROUGH X; ROE ENTITIES I THROUGH X, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:24-cv-01781<br><br>**JOINT STIPULATION OF DISMISSAL OF RESOLUTION LIFE GROUP HOLDINGS LTD AND VOYA FINANCIAL, INC.**<br><br>[ECF No. 6] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fonzie Lee Johnson and Defendant Security Life of Denver Insurance Company stipulate as follows:

Security Life of Denver Insurance Company is the successor in interest to Southland Life Insurance Company, the issuer of policy No. 0600075639 (the "Policy"), as the surviving entity in a merger with Southland in 2004. Any contractual obligations are the sole responsibility of Security Life of Denver. Voya Financial, Inc. and Resolution Life Group Holdings LTD were not involved in the issuance or administration of the Policy and have no responsibility for any

contractual obligations arising from the Policy. Accordingly, Plaintiff and Security Life stipulate that Voya Financial, Inc. and Resolution Life Group Holdings LTD are dismissed without prejudice from this action.

Dated: September 27, 2024

Respectfully submitted,

By: /s/ Shawanna L. Johnson
Shawanna L. Johnson, Esq. (NSB #12791)
Law Offices of Shawanna L. Johnson, Esq.
3311 S. Rainbow Blvd., Suite 144
Las Vegas, NV 89146
Tel: 702-755-6949
Fax: 702-294-2229
sjohnson@sljlaw702.com

*Attorney for Plaintiff Fonzie Lee Johnson*

By: /s/ Charles H. McCrea
Paul R. Hejmanowski, Esq. (NSB #94)
Charles H. McCrea, Esq. (NSB #104)
PRHLAW<sub>LLC</sub>
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
T: (702) 834-6166
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for Defendant Security Life of Denver Insurance Company*

## Order

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that all claims against Voya Financial, Inc. and Resolution Life Group Holdings LTD are dismissed without prejudice from this action. **The Clerk of Court is directed to TERMINATE those defendants as parties.**

_____
United States District Judge
Dated: October 2, 2024