```
Shawanna L. Johnson, Esq. (NSB #12791)
Law Offices of Shawanna L. Johnson, Esq.
3311 S. Rainbow Blvd., Suite 144
Las Vegas, NV 89146
Tel: 702-755-6949
Fax: 702-294-2229
sjohnson@sljlaw702.com
```

*Attorney for Plaintiff Fonzie Lee Johnson*

```
Paul R. Hejmanowski, Esq. (NSB #94)
Charles H. McCrea, Esq. (NSB #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
T: (702) 834-6166
paul@prhlawllc.com
charles@prhlawllc.com
```

*Attorneys for Defendant Security Life of Denver Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FONZIE LEE JOHNSON, an individual, | CASE NO.: 2:24-cv-01781-JAD-BNW |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| vs. | |
| SECURITY LIFE OF DENVER INSURANCE COMPANY; RESOLUTION LIFE GROUP HOLDINGS LTD; VOYA FINANCIAL, INC.; DOE INDIVIDUALS I THROUGH X; ROE ENTITIES I THROUGH X, INCLUSIVE, | [ECF No. 11] |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fonzie Lee Johnson and Defendant Security Life of Denver Insurance Company hereby stipulate that this action be dismissed with prejudice with each party bearing its own attorneys' fees and costs of court.

Dated: October 18, 2024                                        Respectfully submitted,

By: */s/ Shawanna L. Johnson (with permission)*                By: */s/ Charles H. McCrea*
Shawanna L. Johnson, Esq. (NSB #12791)                         Paul R. Hejmanowski, Esq. (NSB #94)
Law Offices of Shawanna L. Johnson, Esq.                       Charles H. McCrea, Esq. (NSB #104)
3311 S. Rainbow Blvd., Suite 144                               PRHLAW<sub>LLC</sub>
                                                               520 South Fourth Street, Suite 360

| | |
|---|---|
| Las Vegas, NV 89146<br>Tel: 702-755-6949<br>Fax: 702-294-2229<br>sjohnson@sljlaw702.com<br><br>*Attorney for Plaintiff Fonzie Lee Johnson* | Las Vegas, Nevada 89101<br>T: (702) 834-6166<br>paul@prhlawllc.com<br>charles@prhlawllc.com<br><br>*Attorneys for Defendant Security Life of Denver Insurance Company* |

## Order

Based on the parties' stipulation and with good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
October 21, 2024